-1-

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MR. ROOTER LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN AKHOIAN, AKHOIAN ENTERPRISES, INC., MRTC, INC., TATS INC., AACA LLC, and ROOTER HERO PLUMBING, INC.,<br><br>    Defendants. | **Case No. 0:16-cv-00433-RP-JCM**<br><br>**JOINT STIPULATION TO DISMISS** |

-1-

-2-

The parties, through counsel, hereby stipulate to the dismissal with prejudice of all claims in this case, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). The parties have reached a settlement through which Plaintiff Mr. Rooter LLC has agreed to dismiss all claims brought in this action and, accordingly, hereby stipulate to the dismissal with prejudice of the above-captioned action. Each party is to bear its own attorneys' fees, costs and expenses.

Dated: March 17, 2017					Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

 /s/ Lauren Linderman
Kerry Bundy (*pro hac vice*)
Peter Routhier (*pro hac vice*)
Lauren Linderman (*pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: kerry.bundy@faegrebd.com
Email: peter.routhier@faegrebd.com
Email: lauren.linderman@faegrebd.com

Jim Dunnam
**DUNNAM & DUNNAM, L.L.P.**
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
Email: jimdunnam@dunnamlaw.com

*ATTORNEYS FOR PLAINTIFF MR. ROOTER LLC*

-2-

     /s/ Craig Cherry
**HALEY & OLSON, P.C.**
CRAIG D. CHERRY
State Bar No. 24012419
Email: ccherry@haleyolson.com
BRANDON R. OATES
State Bar No. 24032921
Email: boates@haleyolson.com
100 Ritchie Road, Suite 200
Waco, Texas 76712
254-776-3336 (telephone)
254-776-6823 (facsimile)

*ATTORNEYS FOR DEFENDANTS JOHN AKHOIAN, AKHOIAN ENTERPRISES, INC., MRTC, INC., TATS INC., AND AACA LLC*

  /s/ Joanna Salinas
**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**
Joanna Lippman Salinas
State Bar No. 00791122
Email: joanna.salinas@fletcherfarley.com
1717 W. 6th Street, Suite 300
Austin, Texas 78703
(512) 476-5300
FAX (512) 476-5771

*ATTORNEYS FOR DEFENDANT, ROOTER HERO PLUMBING, INC.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been sent via the Court's electronic filing system to all counsel for Defendants on March 17, 2017.

    /s/ Lauren Linderman
Lauren Linderman